Nayeem N. Mohammed
State Bar No. 24082001
LAW OFFICE OF NAYEEM N. MOHAMMED
539 W. Commerce St. #1899
Dallas, Texas 75208
Phone: (972) 767-9099
Email:  nayeem@nnmpc.com

**LOCAL COUNSEL FOR PLAINTIFF
TIMOTHY EDWARDS**

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## LUBBOCK DIVISION

| | | |
|---|---|---|
| **TIMOTHY EDWARDS,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CASE NO. 5:20-cv-00261-H |
| | § | |
| **RIVER TREE RECOVERY GROUP, LLC,** | § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE ON BEHALF OF
## PLAINTIFF TIMOTHY EDWARDS

COME NOWS, Nayeem N. Mohammed of the Law Office of Nayeem N. Mohammed, and pursuant to Local Rule 83.10(c), hereby enters this Notice of Appearance as counsel of record on behalf of Plaintiff Timothy Edwards, and requests that all papers, notices and other materials pertaining to this matter be directed to their attention at the contact information below:

**Nayeem N. Mohammed
LAW OFFICE OF NAYEEM N. MOHAMMED
539 W. Commerce Street, #1899
Dallas, Texas 75208
Phone: (972) 767-9099
Email: nayeem@nnmpc.com**

Dated: November 13, 2020

Respectfully submitted,

By: */s/ Nayeem N. Mohammed*
Nayeem N. Mohammed, Esq.
State Bar No. 24082001
LAW OFFICE OF NAYEEM N. MOHAMMED
539 W. Commerce St. #1899
Dallas, Texas 75208
Phone: (972) 767-9099
Email: nayeem@nnmpc.com

**LOCAL COUNSEL FOR PLAINTIFF
TIMOTHY EDWARDS**

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on November 13, 2020, a true and correct copy of the above and foregoing document was filed with the Court via CM/ECF and served on all parties requested electronic notification.

*/s/ Nayeem N. Mohammed*
Nayeem N. Mohammed