UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

TIMOTHY EDWARDS,

    Plaintiff,

v.

RIVER TREE RECOVERY GROUP, LLC,

    Defendant.

No. 5:20-CV-261-H

## ORDER

On November 2, 2020, this Court ordered Timothy Edwards to obtain local counsel or file a motion to proceed without local counsel by November 16, 2020. Dkt. No. 5. Local counsel is defined as "a member of the bar of this court who resides or maintains the attorney's principal office in this district and whose residence or principal office is located within 50 miles of the courthouse in the division in which the case is pending." LR 83.10(a). Having reviewed the docket in this case, the Court notes that Edwards has not complied with the Court's order and has not obtained local counsel or filed a motion to proceed without local counsel. Edwards is therefore ordered to obtain local counsel or file a motion to proceed without local counsel by December 1, 2020. If Edwards again fails to comply with the Court's order, the Court will issue a show-cause order requiring Edwards to explain why sanctions should not issue for his failure to comply.

So ordered on November 17, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE