UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | |
|---|---|
| TIMOTHY EDWARDS,<br><br>    Plaintiff,<br><br>v.<br><br>RIVER TREE RECOVERY GROUP, LLC,<br><br>    Defendant. | No. 5:20-CV-261-H |

## ADMINISTRATIVE CLOSURE ORDER

Timothy Edwards has advised the Court that it has settled this case. Dkt. No. 12. Accordingly, this case is administratively closed for statistical purposes without prejudice to it being reopened to enter a judgment or order of dismissal or for further proceedings if the settlement is not consummated.

So ordered on December 2, 2020.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE